IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSE JONES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Case No. 22-cv-638-jdp

---

Petitioner Jesse Jones seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 30, 2022. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately May 6, 2022 through the date of the petition, November 7, 2022.

ORDER

IT IS ORDERED that:

1. Petitioner Jesse Jones may have until November 30, 2022, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 30, 2022, I will assume that petitioner wishes to withdraw this petition.

Entered this 9th day of November, 2022.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge